[No. 31385-5-II.   Division Two.   December 28, 2004.]

JANET WITT, *Appellant*, v. THE PORT OF OLYMPIA, *Respondent.*

The opinion in the above captioned case, which appeared in the advance sheets at 124 Wn. App. 928-34, has not been published in the permanent bound volume pursuant to an order of the Court of Appeals dated March 9, 2005 withdrawing the opinion. *See* 126 Wn. App. 752.